Burns v Destro & Bros. Concrete Co., Inc. (2023 NY Slip Op 02239)

Burns v Destro & Bros. Concrete Co., Inc.

2023 NY Slip Op 02239

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., CURRAN, OGDEN, AND GREENWOOD, JJ.

356 CA 22-01250

[*1]MICHELLE BURNS AND RICHARD S. BURNS, JR., PLAINTIFFS-APPELLANTS,
v
DESTRO & BROTHERS CONCRETE COMPANY, INC., DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

STEPHEN R. FOLEY, LLC, BUFFALO (ZACHARY S. DRAGONETTE OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (CHRISTOPHER R. BITAR OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered February 8, 2022. The order, among other things, granted the motion of defendant Destro & Brothers Concrete Company, Inc. for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court